Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Sam Stake (Bar No. 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Mark Tung (Bar No. 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Plaintiffs Varian Medical Systems, Inc. and Varian Medical Systems International AG*

Robert F. McCauley (SBN:  162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

*Attorneys for Defendants Elekta Inc., Elekta Holdings U.S., Inc. and Impac Medical Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIAN MEDICAL SYSTEMS, INC. and VARIAN MEDICAL SYSTEMS INTERNATIONAL AG,<br><br>Plaintiffs,<br><br>v.<br><br>ELEKTA AB, ELEKTA LTD., ELEKTA INC., ELEKTA HOLDINGS U.S., INC., ELEKTA GMBH, ELEKTA INSTRUMENT (SHANGHAI) LTD., ELEKTA BEIJING MEDICAL SYSTEMS CO. LTD. and IMPAC MEDICAL SYSTEMS, INC.<br><br>Defendants. | Case No. 3:15-cv-04428-RS<br><br>**JOINT STATUS REPORT PURSUANT TO ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY** |

1  Plaintiffs Varian Medical Systems, Inc. and Varian Medical Systems International AG
2  ("Plaintiffs") and Defendants Elekta Inc., Elekta Holdings U.S., Inc., and Impac Medical
3  Systems, Inc. ("Defendants") hereby submit this joint status report.
4  Defendants' Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659 (Dkt. No. 25)
5  requested a stay of all proceedings in this case until issuance of a final determination in a related
6  matter pending before the United States International Trade Commission ("ITC").  The Motion
7  to Stay was granted on November 23, 2015, and the parties were ordered to file a joint status
8  report every 180 days.  Dkt. No. 26.
9  The related ITC matter, *Certain Radiotherapy Systems and Treatment Planning Software,*
10 *and Components Thereof*, Inv. No. 337-TA-968, remains pending before the ITC and is
11 scheduled for hearing from June 23 through June 29, 2016.  No final determination has been
12 issued yet.

DATED: May 23, 2016           QUINN EMANUEL URQUHART
                              & SULLIVAN, LLP

                              By:   */s/ Yury Kapgan*
                                    Yury Kapgan

                                    *Attorneys for Varian Medical Systems, Inc. and*
                                    *Varian Medical Systems International AG*

DATED: May 23, 2016           FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, LLP

                              By:   */s/ Robert F. McCauley*
                                    Robert F. McCauley

                                    *Attorneys for Defendants Elekta Inc., Elekta*
                                    *Holdings U.S., Inc. and Impac Medical Systems, Inc.*